UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ROBERT BRATTON, | Civil No. 06cv1195 L(RBB) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL LODGMENT |
| v. | |
| ROBERT HERNANDEZ, | |
| Respondent. | |

Petitioner filed a Petition for Writ of Habeas Corpus [doc. no. 1] pursuant to 28 U.S.C. § 2254, which was transferred to this Court on June 2, 2006. Respondent has filed a Motion to Dismiss [doc. no. 15] and lodgments [doc. no. 16]. Petitioner also lodged records with the Court [doc. no. 17]. The Court has determined that additional records are necessary to the resolution of Respondent's Motion. Accordingly, the Court **ORDERS** Respondent to lodge the following records **no later than June 18, 2007**:

(1) Bratton's petition for writ of habeas corpus filed in the California Court of Appeal in case number H029621.

    (2)  The order of the San Diego Superior Court denying Bratton's habeas corpus petition in case number 58884.

**IT IS SO ORDERED.**

DATED: June 8, 2007

_____
RUBEN B. BROOKS
United States Magistrate Judge

cc: Judge Lorenz
    All Parties of Record