UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ROBERT BRATTON,<br><br>        Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ,<br><br>        Respondent. | Civil No. 06cv1195 L(RBB)<br><br>SECOND ORDER DIRECTING RESPONDENT TO FILE SUPPLEMENTAL LODGMENT |

Petitioner filed a Petition for Writ of Habeas Corpus [doc. no. 1] pursuant to 28 U.S.C. § 2254, which was transferred to this Court on June 2, 2006. Respondent has filed a Motion to Dismiss [doc. no. 15] and lodgments [doc. no. 16]. Petitioner also lodged records with the Court [doc. no. 17]. On June 8, 2007, the Court issued an Order Directing Respondent to file Supplemental Lodgment [doc. no. 20]. Respondent filed a Notice of Supplemental Lodgment [doc. no. 21] on June 18, 2007.

The Court has determined that additional records are necessary to the resolution of Respondent's Motion. Accordingly, the Court **ORDERS** Respondent to lodge the following records **no later than July 16, 2007**:

1     (1)   Bratton's petition for writ of habeas corpus filed in the California Supreme Court in case number S137646.

(2)   The order of the California Supreme Court denying Bratton's habeas petition in case number S137646.

(3)   Bratton's petition for writ of habeas corpus filed in the California Supreme Court in case number S151073.

(4)   A file-stamped copy of Bratton's habeas petition filed in the Santa Clara Superior Court in case number 58884.

**IT IS SO ORDERED.**

DATED: July 3, 2007

*/s/ Ruben Brooks*
RUBEN B. BROOKS
United States Magistrate Judge

cc: Judge Lorenz
    All Parties of Record